# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARY E. MILLER, | : | |
| Plaintiff, | : | Case No. 3:15cv00153 |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington (by full consent of the parties) |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | : : | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court upon the parties' Joint Stipulation For An Award Of Attorney Fees Under The Equal Access To Justice Act. (Doc. #16). The parties agree that Plaintiff is entitled to an award of attorney fees under the Equal Access To Justice Act, 28 U.S.C. §2412, in the total amount of $3,950.00. The parties also agree that such an award will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses in this case under the Equal Access to Justice Act.

Under the parties' agreement, any paid fees belong to Plaintiff and can be offset to satisfy pre-existing debt that she owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Stipulation For An Award Of Attorney Fees Under The Equal Access To Justice Act (Doc. #16) is accepted, and Defendant is directed to pay Plaintiff's attorney fees under 28 U.S.C. §2412 in the total amount of $3,950.00;

2. Defendant is directed to verify, **within thirty days of this Decision and Entry**, whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the total award of $3,950.00 directly to Plaintiff's attorney; and

3. The case remains terminated on the Court's docket.

June 30, 2016

                                                     s/Sharon L. Ovington
                                                     Sharon L. Ovington
                                       Chief United States Magistrate Judge